IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GRISEL MORALES-GUADALUPE,

Plaintiff,

v.

ORIENTAL BANK AND TRUST, et al.                CASE NO. 16-1535 (GAG)

Defendants.

## JUDGMENT

Pursuant to the Court's order at Docket No. 45, judgment is hereby entered **DISMISSING with prejudice** Plaintiff's claims.

**SO ORDERED.**

In San Juan, Puerto Rico this 26th day of February, 2018.

*s/ Gustavo A. Gelpí*

GUSTAVO A. GELPI

United States District Judge